THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JAMES ALLEN, Defendant-Appellant.

(No. 57395; )

First District—September 25, 1972.

Opinion by Mr. PRESIDING JUSTICE GOLDBERG.

James J. Doherty, Public Defender, of Chicago, (John E. Hughes, Assistant Public Defender, of counsel,) for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, for the People.